# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2739
Lower Tribunal No. 2022-CA-004109

_____

MINDY COLLIER,

Appellant,

v.

CITY OF CAPE CORAL and INTERNATIONAL SUPPORT,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
Alane Laboda, Judge.

May 26, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and KAMOUTSAS, JJ., concur.


Alexander Brockmeyer and Thomas E. Shepard, of Boyle, Leonard & Anderson, P.A., Fort Myers, for Appellant.

Christopher J. Stearns and Mariela E. Tkacik, of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., Fort Lauderdale, for Appellee, City of Cape Coral.

No Appearance for Appellee, International Support.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED